# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SMK Associates, LLC, an Illinois limited liability company ) ) ) Plaintiff ) ) v. ) ) Sutherland Global Services, Inc., a New York corporation, and Michael Bartusek ) ) ) Defendants. ) | Case No. 14 cv 284 |

**NOTICE OF MOTION**

TO: Mark Shure  
      Latimer LeVay Fyock LLC  
      55 West Monroe Street, Suite 1100  
      Chicago, IL 60603

      SMK Associates, LLC  
      c/o Martin Borg  
      1849 Robinwood Lane  
      Riverwoods, Illlinois 60015

      Michael Bartusek  
      15 Emerald Hills Circle  
      Fairport, NY 14450-9504

     Please take notice that on July 31, 2014, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John Z. Lee, or any judge sitting in his stead, in Courtroom 1226, at 219 S. Dearborn, Chicago, and then and there present the attached MOTION FOR LEAVE TO WITHDRAW AS COUNSEL.

                                  BY: /s/ Carey M. Stein  
                                            One of Plaintiff's Attorneys

Carey M. Stein  
ASHMAN & STEIN  
Attorneys for Plaintiff  
150 North Wacker Drive  
Suite 3000  
Chicago, Illinois 60606  
(312) 782-3484

## CERTIFICATE OF SERVICE

        The undersigned attorney certifies that a copy of the within notice and motion was served electronically through the Court's ECF filing system on:

>Mark Shure
>Latimer LeVay Fyock LLC
>55 West Monroe Street, Suite 1100
>Chicago, IL  60603

and that a copy of the within notice and motion was also served upon:

>Michael Bartusek
>15 Emerald Hills Circle
>Fairport, NY  14450-9504

and

>SMK Associates, LLC
>c/o Martin Borg
>1849 Robinwood Lane
>Riverwoods, Illlinois 60015

by causing a true and correct copy of same to be placed in the United States mail with proper postage prepaid from 150 North Wacker Drive, Chicago, Illinois on July 24, 2014.

                                                           /s/Carey M. Stein

Carey M. Stein
ASHMAN & STEIN
Attorneys for Plaintiff
150 North Wacker Drive
Suite 3000
Chicago, Illinois  60606
(312) 782-3484

E:\ACTIVE\smk v Sutherland\motions\plaintiff\withdraw.nom.wpd