**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SMK Associates, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 1:14-cv-00284 |
| | ) | |
| Sutherland Global Services, Inc., | ) | Hon. John Z. Lee, U.S.D.J. |
| and Michael Bartusek, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff SMK Associates, LLC, by its undersigned counsel, hereby moves this Court pursuant to LR 26.2 for leave to file under seal certain documents submitted in connection with its opposition to Defendant Sutherland Global Services, Inc.'s motion for summary judgment, and in support of this motion states as follows:

1. Defendant Sutherland Global Services, Inc. filed its summary judgment motion papers on October 29, 2015. *See* Dkt. Nos. 99-102.

2. In opposition to Sutherland's motion for summary judgment, Plaintiff seeks to rely on and submit evidence from certain documents and testimony taken in the case. Some of that testimony and those documents have been designated as "Confidential Information" by Sutherland in connection with the Agreed Confidentiality Order entered in this case, *see* Dkt. 30 Exhibit B; Dkt. 33. Plaintiff does not seek to file any of its own documents or testimony under seal.

3. The evidence designated "Confidential" by Sutherland which Plaintiff seeks leave to file under seal is the following:

- The following portions of the deposition of Sutherland CEO Dilip Vellodi (Brandt Aff. Ex. A): pp. 72-75; 94-95; 98-100; 112; 143; and 155.

1

- The following exhibits used at the Vellodi deposition: Vellodi Dep. Exhibits 15 and 18.

- The following portions of the deposition of Michael Bartusek (Brandt Aff. Ex. D): pp. 37-41; 43; 47-55; 57-59; 61-66; 68-69; 71-79; 82-85; 92; 159-160; and 162-163.

- The following exhibits used at the Bartusek deposition: Bartusek Dep. Ex. 4; Vellodi Dep. Ex. 19; Vellodi Dep. Ex. 21; Vellodi Dep. Ex. 22; and Vellodi Dep. Ex. 23.

- Corresponding citations to the above evidentiary materials contained in Plaintiff's Response to Sutherland Global Services, Inc.'s LR 56.1 Statement and Statement of Additional Facts.

- Corresponding citations to the above evidentiary materials contained in Plaintiff's Memorandum in Opposition to Sutherland Global Services, Inc.'s Motion for Summary Judgment.

Wherefore, for the foregoing reasons, Plaintiff respectfully moves the Court for leave to file under seal the above items, or for whatever other relief the Court deems appropriate.

Dated: December 8, 2015  Brandt Law LLC

*/s/ Derek Y. Brandt*
Derek Y. Brandt (#6228895)
P.O. Box 487
Edwardsville, Illinois 62025
Telephone: 618-307-6116
derek@brandtlawllc.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the accompanying *Motion for Leave to File Under Seal* was filed on this date electronically through the CM/ECF system, which will send an electronic notice to all registered individuals, and that email service was also made on Michael Bartusek at the email address specified below.

Mark Shure
Latimer LeVay Fyock LLC
55 West Monroe Street, Suite 1100
Chicago, IL 60603
mshure@llflegal.com
***Attorney for Defendant***
***Sutherland Global Services, Inc.***

Michael Bartusek (Pro Se)
15 Emerald Hill Circle
Fairport, NY 14450
mikebtext100@gmail.com

/s/ Derek Y. Brandt